IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JANE PICAZO,<br><br>            Plaintiff,<br>      v.<br><br>GRAND HYATT HOTEL,<br><br>            Defendant.<br>_____/ | No. C 11-03321 CW<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE UPON CONSENT AND SETTING CERTAIN CASE MANAGEMENT DATES |

On October 4, 2011, a case management conference was held in the above-captioned case. Richard Rogers appeared for Plaintiff. Lisa McCabe Van Krieken and Genevieve Evarts appeared for Defendant.  On October 10, 2011, both parties consented to proceed before United States Magistrate Judge LaPorte by executing a consent form.  Accordingly,

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 636(c) and Rule 73, Federal Rules of Civil Procedure, the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to Magistrate Judge LaPorte to be heard and considered at the convenience of her calendar.  Counsel shall contact Kristen Seib, Magistrate Judge LaPorte's Courtroom Deputy at (415) 522-3694 to set up a telephonic status conference to confirm dates.  Magistrate Judge will set a trial date on or before November 5, 2012.

The following case management dates have been set:

Completion of discovery other than from experts:  4/17/2012

Disclosure of identities and reports of expert witnesses:  8/7/2012

Completion of discovery from experts:  9/6/2012

All motions directed to the merits of the case noticed for hearing no later than:  6/21/2012

Dated: 10/12/2011

_____
CLAUDIA WILKEN
United States District Judge

cc:  MagRef; EDL