1  RICHARD M. ROGERS, #045843
   LAW OFFICE OF RICHARD M. ROGERS
2  100 Bush Street, #1980
   San Francisco, CA  94104
3  Telephone:   415/981-9788
   Facsimile:   415/981-9798
4  Email:       RogersRMR@aol.com

5  Attorneys for Plaintiff
   MARY JANE PICAZO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| MARY JANE PICAZO,        | ) Case No.:  C11-03321 EDL [ECF] |
|                          | )                                |
|         Plaintiff,       | ) Case filed:              05/18/11 |
|                          | ) Case removed to USDC:    07/07/11 |
|    v.                    | ) Case reassigned:         07/13/11, 10/12/11 |
|                          | ) Trial date:              11/05/12 |
| GRAND HYATT HOTEL,       | ) |
|                          | ) |
|         Defendant.       | ) **STIPULATION TO DISMISSAL OF ACTION; ORDER** |

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Respectfully submitted,

Dated: 1-27-12

LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 1-27-12

FOLGER LEVIN LLP

By: /s/ Lisa M. van K
LISA M. VAN KRIEKEN
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: _____     By: _____

MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT

PICAZO/
DISMISS.STIP

Case No.: C11-03221 EDL [ECF] -- STIPULATION TO DISMISSAL OF ACTION; ORDER

1