**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA 94104
Telephone:   415/981-9788
Facsimile:   415/981-9798
Email:          RogersRMR@aol.com

Attorneys for Plaintiff
**MARY JANE PICAZO**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JANE PICAZO,<br><br>            Plaintiff,<br><br>    v.<br><br>GRAND HYATT HOTEL,<br><br>            Defendant. | Case No.:  C11-03321 EDL [ECF]<br><br>Case filed:                          05/18/11<br>Case removed to USDC:   07/07/11<br>Case reassigned:                 07/13/11, 10/12/11<br>Trial date:                            11/05/12<br><br>**STIPULATION TO DISMISSAL OF ACTION; ORDER** |

Case No.:  C11-03321 EDL [ECF] -- STIPULATION TO DISMISSAL OF ACTION; ORDER

ICAZO/
)764329.DOCX

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Respectfully submitted,

Dated: 1-27-12

LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 1-27-12

FOLGER LEVIN LLP

By: /s/ Lisa M. van K.
LISA M. VAN KRIEKEN
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: January 30, 2012

By: /s/ Elijah D. Laporte
MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT